# NOTIFICATION OF LATE RECORD

Court of Appeals No. 04-15-00318-CV

Trial Court Style: **DRILLING RISK MANAGEMENT, INC.**
**VS.**
**GEMINI INSURANCE COMPANY AND**
**BERKLEY OIL AND GAS SPECIALTY SERVICES, LLC**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/22/2015 1:04:49 PM
KEITH E. HOTTLE
Clerk

Trial Court No.: **12-066**

I am the official responsible for preparing the Clerk's Record and/or Supplement in the above referenced appeal.

The record is due on June 22, 2015. This record could contain approximately 1200 plus pages.

I am unable to file the record by the above date because of a lengthy trial and a heavier than normal workload due to one of my Deputy Clerk's being on maternity leave. I anticipate having the record filed on or before July 24, 2015.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been provided to the attorneys of record.

Date:     June 22, 2015

_____
Susan Jackson
District Clerk, Kendall County, Texas

State of Texas          §
County of Kendall     §

Before me, the undersigned authority, on this day personally appeared Susan Jackson, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the reasons expressed therein.

Date: _06-22-2015_          Signature: _____
Darlene Herrin
County Clerk, Kendall County, Texas